```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/1/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WILLIAM OROZCO, JEFFREY FITE, and
ALSENY CAMARA

                              Plaintiffs,

                -against-

FRESH DIRECT, LLC, FRESH DIRECT
HOLDINGS, INC., U.T.F. TRUCKING, INC.,
JASON ACKERMAN, and DAVID
MCINERNEY,

                              Defendants.
-------------------------------------------------------------- X

15-CV-8226 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       IT IS HEREBY ORDERED that Plaintiffs' joint motion for leave to proceed *in forma pauperis* on appeal is GRANTED. Plaintiffs have complied with the requirements of Federal Rule of Appellate Procedure 24(a)(1), and the appeal is taken in good faith as the issues on appeal are not frivolous. The Clerk of Court is respectfully directed to terminate docket entry 43.

**SO ORDERED.**

Date: November 1, 2016
       New York, New York

*Valerie Caproni*
**VALERIE CAPRONI**
**United States District Judge**